

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed December 18, 2009

United States Bankruptcy Judge

---

MTDZ  0013.000750A

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:
**CURTIS EUGENE SIMMONS**            CASE NO: 08-70503-HDH-13
                                     DATED: December 18, 2009
                                     HEARING DATE: November 18, 2009

**ORDER DISMISSING CASE PURSUANT TO AGREED ORDER**

   Pursuant to the Agreed Order entered on NOVEMBER 19, 2009 providing that, if the above Debtor does not BECOME COMPLETELY CURRENT OR CONVERT BY DECEMBER 15, 2009, the case would be Dismissed without further notice to the Debtor.  Debtor's have failed to COMPLY WITH THE AGREED ORDER.

   It is therefore ORDERED that the above styled and numbered case is hereby DISMISSED.

   It is further ORDERED, that above styled and numbered case will be CLOSED twenty-one (21) days after the entry of this Order of Dismissal provided that it is a single debtor case or a joint debtor case and both debtors are being dismissed.

# # # End of Order # # #

 /s/  Walter O'Cheskey_____
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424